■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO STEBBINS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, *People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Cattaraugus County Court, Kelly, J.—Felony Driving While Intoxicated.) Present—Callahan, A. P. J., Doerr, Boomer, Green and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY G. GREER, Appellant.—Judgment unanimously affirmed. Memorandum: Upon our review of the record, we conclude that defendant's conviction of grand larceny in the fourth degree was supported by legally sufficient evidence and is not contrary to the weight of the evidence (see, *People v Bleakley,* 69 NY2d 490, 495). (Appeal from Judgment of Monroe County Court, Maloy, J.—Grand Larceny, 4th Degree.) Present—Callahan, A. P. J., Doerr, Boomer, Green and Davis, JJ.